**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

PATRICK A. CANNAVAN,

Plaintiff,

v.

NEWSOM, et al.,

Defendants.

Case No. 1:26-cv-05903 JLT SAB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION AS DUPLICATIVE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

(Doc. 9)

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983. The assigned magistrate judge screened the complaint found this action is duplicative of *Cannavan v. Newsom, et al.*, Case No. 1:26-cv-05670-FJS (PC) ("*Cannavan I*"), which was filed on July 20, 2026, and remains pending. (Doc. 9 at 1-5.) Therefore, the magistrate judge recommended the dismissal of this action. (*Id.* at 6.)

Plaintiff timely filed objections, but he does not dispute the finding that the instant action is duplicative of *Cannavan I* or identify any unique allegations that support a conclusion this action should be permitted to proceed as a separate matter. (*See generally* Doc. 10 at 1-11. ) Plaintiff also acknowledges that both actions raise claims and allegations related to an incident in July 2026.[1] (*See id.* at 3.)

[1] To the extent Plaintiff believes that other individuals violated his rights related to the same underlying incident, Plaintiff is informed that he may name more than one defendant in their "individual capacity" in *Cannavan I*.

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on August 7, 2026 (Doc. 9) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice as duplicative.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: _September 1, 2026_

UNITED STATES DISTRICT JUDGE